IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00521-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VICTOR MANUEL ORTEGA-MORALES,
    a.k.a. Victor Manuel Morales-Ortega,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Victor Manuel Ortega-Morales, is sentenced to TIME SERVED.

DATED: March 15, 2013

BY THE COURT:

Judge William J. Martínez
United States District Judge